# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Robert P. Cottman ; Michael A. Baker ; Daniel L. Theobald

**Defendant(s):** David G. Naskrent ; Matthew J. Surma ; Corrina Surma ; Corey Lee Hughes ; Corey B. Cleghorn ; DPHC Enterprise Inc. ; DHSC Enterprise Inc.

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Maricopa

Plaintiff's Atty(s):

**Nicholas J. Enoch** (Robert P. Cottman ; Michael A. Baker ; Daniel L. Theobald )
LUBIN & ENOCH, PC
349 North Fourth Avenue
Phoenix, Arizona 85003
602.234.0008

**Emily A. Tornabene**
LUBIN & ENOCH, PC
349 North Fourth Avenue
Phoenix, Arizona 85003
602.234.8000

Defendant's Atty(s):

**Jeffrey H. Wolf** (David G. Naskrent ; Matthew J. Surma ; Corrina Surma ; Corey Lee Hughes ; Corey B. Cleghorn ; DPHC Enterprise Inc. ; DHSC Enterprise Inc. )
QUARLES & BRADY LLP
One Renaissance Square, 2 North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200

**Robert G. Vaught** (David G. Naskrent ; Matthew J. Surma ; Corrina Surma ; Corey Lee Hughes ; Corey B. Cleghorn ; DPHC Enterprise Inc. ; DHSC Enterprise Inc. )
QUARLES & BRADY LLP
One Renaissance Square, 2 North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2017-0008567**

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties (**Diversity Cases Only**)
        Plaintiff:- **N/A**
        Defendant:- **N/A**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit:    **710 Fair Labor Standards Act**

VI. Cause of Action:    **29 U.S.C. 201 et seq.**

VII. Requested in Complaint
        Class Action: **Yes**
        Dollar Demand:
        Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **not related to another case** assigned to Judge **.**

**Signature:** **Robert G. Vaught**

    **Date:** **06/26/2017**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014