**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert P Cottman, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David G Naskrent, et al., <br><br> Defendants. | **NO. CV-17-02045-PHX-DWL** <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 26, 2019, Plaintiffs to take nothing, and the complaint and action are dismissed.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

June 3, 2019

                                              s/ Rebecca Kobza
                                By    Deputy Clerk